**JENNIFER WILLIS ARLEDGE**
Nevada Bar No.: 8729
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
300 South 4th Street, 11ᵗʰ Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Jennifer.Arledge@wilsonelser.com
Attorneys for Defendant
**ARTHREX, INC.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL REED and ELENA GOLOVINA-REED, individually and as husband and wife,<br><br>                    Plaintiff,<br><br>   vs.<br><br>ARTHREX, INC., a foreign corporation; and JOHN DOES I – XX, inclusive,<br><br>                Defendants. | CASE NO: _____<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

TO:    Clerk, U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA;

TO:    Peter D. Durney, Esq., Attorney for Plaintiffs:

     PLEASE TAKE NOTICE that Defendant, Arthrex, Inc. ("Arthrex") hereby removes the above-titled action from the Second Judicial District Court of the State of Nevada, to the United States District Court for the District of Nevada, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in further support of the removal, submit the following:

### I.    THE REMOVED CASE

     1.    The removed case is a civil action filed on or about May 5, 2017, in the Second Judicial District Court of the State of Nevada, Case No.: CV17-00869 (the "State Court Action").

/ / /

1154518v.1

## II.    PAPERS FROM REMOVED ACTION

2.    A copy of Plaintiffs' Complaint filed in the State Court Action is attached hereto as Exhibit "1" for identification and reference.

## III.    THE REMOVAL IS TIMELY

3.    Arthrex submits that this removal is timely since it is being filed prior to the expiration of thirty (30) days from service of process pursuant to 28 U.S.C. § 1446(b).  Arthrex was first served with Plaintiffs' Complaint on May 11, 2017.  See Exhibit "2," Notice of Legal Process. Therefore, removal is timely if filed within thirty (30) days, or prior to June 12, 2017.

## IV.    THE VENUE REQUIREMENT IS MET

4.    Venue is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district corresponding to the place where the State Court Action was pending.

## V.    DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES

5.    This action falls under the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship) and has been properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

6.    Based on representations found in Plaintiffs' Complaint, it is known that the Plaintiffs reside in the State of Nevada.  See, Exhibit "1" at ¶ I.

7.    Defendant Arthrex, Inc. is a Delaware corporation with its principal place of business in Naples, Collier County, Florida.

8.    This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. §1332 because the requisite diversity of citizenship exists between the Plaintiffs and Arthrex.

9.    While Plaintiffs have included "John Does I-XX" ("Does") as defendants in this action, the identity and residence of said Does is unknown and unascertainable unless and until they are named and the complaint is amended.  Therefore, their citizenship is not considered in determining whether diversity exists.

1154518v.1

## VI.   CONSENT TO REMOVAL

10.    There are no other named defendants whose consent to removal is necessary.

## VII.   THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

11.    Upon information and belief, the monetary value of the amount in controversy is in excess of $75,000, exclusive of costs and interest.

12.    Plaintiffs brought this action against Arthrex seeking compensatory damages for past and future medical expenses, general damages, loss of consortium, attorneys' fees, costs, and prejudgment interest. The face of the Complaint makes clear that Plaintiffs seek damages in excess of $75,000, as the Complaint asserts that the case "has a probable jury award value in excess of $50,000, exclusive of interests [sic] and costs". See, Exhibit "1" at ¶ XIV.

13.    While Arthrex denies liability, the State Court Action may be removed to this Court under 28 U.S.C. § 1441(a) because (1) this action is a civil action within the jurisdiction of the United States District Court for the District of Nevada; (2) there is diversity of citizenship between the parties; and (3) the amount in controversy is in excess of $75,000, exclusive of costs and interest.

14.    Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Arthrex's rights to assert any defense or affirmative matter, including, but not limited to: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) failure to join an indispensable party(ies); or (9) any other pertinent defense available under Federal Rule of Civil Procedure 12, or any other applicable state or federal rule, statute, or provision.

## VIII.   FILING OF REMOVAL PAPERS

15.    Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given to Plaintiffs' counsel, and a Notice of Filing of Notice of Removal is being filed with the

1154518v.1

1    Second Judicial District Court of the State of Nevada.  A true and correct copy of the Notice of

2    Filing of Notice of Removal is attached hereto as Exhibit "3."

3        16.    All procedural requirements for removal under 28 U.S.C. §§ 1441, 1446 have been

4    satisfied and this case is hereby removed pursuant to the Court's original jurisdiction under 28

5    U.S.C. § 1332.

6        WHEREFORE, Arthrex hereby removes the above-captioned action from the Second Judicial

7    District Court of the State of Nevada and requests that further proceedings be conducted in this

8    Court as provided by law.

9    DATED this 30th day of May, 2017.

10

11                        **WILSON, ELSER, MOSKOWITZ,**
12                        **EDELMAN & DICKER LLP**

13

14            BY: _Jennifer W. Arledge_____
15                JENNIFER WILLIS ARLEDGE, ESQ.
                  Nevada Bar No.: 8729
16                300 South 4th Street, 11th Floor
                  Las Vegas, NV  89101
17                Attorneys for Defendant
                  **ARTHREX, INC.**

18

19

20

21

22

23

24

25

26

27

28

1154518v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on this _30th_ day of May, 2017, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** as follows:

☒    by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐    via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

☐    via hand-delivery to the addressees listed below;

☐    via facsimile;

☐    by transmitting via email the document listed above to the email address set forth below on this date before 5:00 p.m.

Peter D. Durney, Esq.
DURNEY & BRENNAN, LTD.
6900 S. McCarran Blvd., Suite 2060
Reno, NV 89509
Tel: 775-322-2923

BY _____
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Page 5 of 5

1154518v.1

**Exhibits to Defendant's Notice of Removal of Action Under**
**28 U.S.C. § 1441(B) (DIVERSITY)**

**Table of Contents**

| Exhibit No. | Description of Exhibit |
|:---:|:---|
| 1. | Complaint |
| 2. | Notice of Legal Process |
| 3. | Notice of Notice of Removal to Federal Court |