UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL REED and ELENA GOLOVINA-REED, individually and as husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>ARTHREX, INC, a foreign corporation; and JOHN DOES I - XX, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00337-LRH-WGC<br><br>ORDER REGARDING: |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiffs Paul Reed and Elena Golovina-Reed, by and through their attorney Peter D. Durney, Esq., and the Law Offices of Durney & Brennan, Ltd., and Defendant Arthrex, Inc., by and through its attorney Jennifer Arledge, Esq., and the Law Offices of Wilson, Elser, Moskowitz, Eleman & Dicker, LLP., that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated this 23rd day of March, 2018.

**DURNEY & BRENNAN, LTD.**

By: _/s/ Peter D. Durney_
PETER D. DURNEY, ESQ.
6900 S. McCarran Blvd., Ste. 2060
Reno, NV 89509

Dated this 23rd day of March, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _/s/ Jennifer W. Arledge_
JENNIFER WILLIS ARLEDGE, ESQ.
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101

- 1 -

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED THAT the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated this _26th_ of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE